■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL RODRIGUEZ, Appellant. [713 NYS2d 691] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Carroll, J.), rendered December 21, 1998, convicting him of criminal sale of a controlled substance in or near school grounds and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the Supreme Court denied him his right to an effective summation argument is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Jackson,* 76 NY2d 908). In any event, the contention is without merit. The court properly instructed the jury to draw no adverse inference due to the People's failure to call as trial witnesses every person present at the crime scene (*see, People v Buckler,* 39 NY2d 895, 897). In addition, the defendant failed to establish that the testimony of an undercover police officer, who was neither involved in nor observed the drug transaction between the defendant and the testifying undercover officer, would have been material and noncumulative (*see, People v Jackson,* 270 AD2d 287; *People v Bradshaw,* 223 AD2d 651). S. Miller, J. P., Friedmann, Luciano and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAYMOND RODRIGUEZ, Appellant. [713 NYS2d 690] —Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 26, 1993 (*People v Rodriguez,* 192 AD2d 731), affirming a judgment of the Supreme Court, Kings County, rendered October 27, 1987, and an order of the same court dated December 9, 1988.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Mangano, P. J., Santucci, Sullivan and Altman, JJ., concur.